1022

No. 402. PIONEER NATIONAL TITLE INSURANCE Co. v. UNITED STATES ET AL. Appeal from D. C. N. D. Ill. Appeal dismissed pursuant to Rule 60 of the Rules of this Court. *Leo F. Tierney, Robert L. Stern* and *Warren M. Christopher* for appellant. *Solicitor General Marshall, Donald F. Turner, Robert B. Hummel* and *Milton J. Grossman* for the United States, and *Charles T. Martin* for Chicago Title & Trust Co. et al., appellees.

No. 775, Misc. LINDSEY v. UNITED STATES. C. A. 6th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Warner Hodges* for petitioner. *Solicitor General Marshall* for the United States.

No. 428. SECURITIES AND EXCHANGE COMMISSION v. UNITED BENEFIT LIFE INSURANCE Co. C. A. D. C. Cir. (Certiorari granted, *ante,* p. 918.) Motion of National Association of Securities Dealers, Inc., et al., for leave to file brief, as *amici curiae,* granted. *Marc A. White, Robert L. Augenblick* and *Joseph B. Levin* for National Association of Securities Dealers, Inc., et al., as *amici curiae,* in support of the petition. *Daniel J. McCauley, Jr.,* and *Morris L. Weisberg* for respondent, in opposition to the motion.

No. 993, Misc. CROOKE v. WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied.